■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY ROBERTS, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered May 19, 1978, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence. Judgment affirmed. Defendant's guilt was established beyond a reasonable doubt. The testimony of an accomplice and two other witnesses established defendant's identity as one of the three men who robbed the victim. Within moments of the crime the victim experienced the symptoms of a heart attack. Within one hour of the crime, the victim's personal physician took an electrocardiogram and ascertained that the victim had suffered damage to the entire anterior portion and part of the lateral portion of his heart. The victim died the following day, and after an autopsy the associate medical examiner determined the cause of death to be recent myocardial infarction caused by stress. Thus, the evidence clearly established that defendant's conduct caused the victim's death (see *Cox v People,* 80 NY 500, 516; cf. *People v Stewart,* 40 NY2d 692). Damiani, J. P., Titone, Cohalan and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERBERT ROBINSON, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered November 21, 1977, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and sentencing him to a prison term of from two years to life. Judgment affirmed. The denial of defendant's motion to withdraw his plea was not an improvident exercise of discretion (see *People v Russo,* 61 AD2d 1052), nor is there any showing on this record that the court abused its discretion in imposing the sentence (see *People v Ackerman,* 61 AD2d 878). Mollen, P. J., Lazer, Gibbons and Margett, JJ., concur.

## (January 28, 1980)

■ ALLAN ALTMAN et al., for Themselves and on Behalf of All Others Similarly Situated, Appellants, v HOWARD L. PHILLIPS et al., Defendants, and I. JULES ROSEN, Respondent.—In an action, *inter alia,* to recover damages for fraud, plaintiffs appeal from an order of the Supreme Court, Suffolk County, entered August 18, 1978, which granted the motion of defendant Rosen for judgment dismissing the complaint as against him. Order affirmed, with $50 costs and disbursements. On oral argument the parties agreed that the motion of defendant Rosen was to be treated as one for summary judgment. The movant's papers made out a prima facie case for the grant of the motion and plaintiffs' opposing papers were insufficient to show that there was a bona fide issue of fact. Titone, J. P., Mangano, Gibbons and Rabin, JJ., concur.

■ JEANETTE DIVINSKY et al., Appellants, v SIDNEY ESIKOFF et al., Respondents.—In an action to recover damages, *inter alia,* for wrongful discharge, plaintiffs appeal from an order of the Supreme Court, Queens County, entered December 19, 1978, which granted the defendants' motions for, *inter alia,* summary judgment. Order affirmed, with one bill of $50 costs and disbursements, payable to the defendants appearing separately and filing separate briefs, upon the memorandum decision of Mr. Justice Farlo at Special Term. Mollen, P. J., Cohalan, O'Connor and Weinstein, JJ., concur.